# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SIDNEY JOHN BERGERON

NO. 2020 KW 1010

**DECEMBER 21, 2020**

---

In Re:   Sidney John Bergeron, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 728,618.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT